IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEANN ROBERSON,
Plaintiff,

v.

Case No. 19–CV–00389–JPG–MAB

ANDREW SAUL,
Commissioner of Social Security,
Defendant.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner of Social Security's disability decision is **AFFIRMED**.

**Dated: Wednesday, June 10, 2020**        **MARGARET M. ROBERTIE**
                                           **CLERK OF COURT**

                                           **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**